No. 46,045

MISSOURI PACIFIC RAILROAD COMPANY, *Appellant,* v. JAMES T. MC-
DONALD, DIRECTOR OF REVENUE OF THE STATE OF KANSAS, *Appellee.*

(493 P. 2d 280)

Opinion on rehearing filed January 22, 1972.
(For original opinion see *Missouri Pacific Railroad
Co. v. McDonald,* 207 Kan. 744, 486 P. 2d 1347.)

*Ralph M. Hope,* of Lilleston, Spradling, Gott, Stallwitz and Hope, of
Wichita, argued the cause for the appellant.

*O. F. Baldwin,* of Topeka, argued the cause for the appellee.

*Donald L. Cordes,* of Foulston, Siefkin, Powers and Eberhardt, of Wichita,
was on the brief *amicus curiae* for Navajo Freight Lines, Inc.

The opinion of the court was delivered by

HARMAN, C.: The court has considered the rearguments of coun-
sel and the brief of *amicus curiae* and has concluded the original
opinion of affirmance should be adhered to.

APPROVED BY THE COURT.

FATZER, C. J., and SCHROEDER, J., dissent.